United States District Court
Southern District of Texas
**ENTERED**
November 15, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MAMBO MARKS, LLC and MAMBO SEAFOOD #1, INC., | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | Case No. 4:15-cv-03484 |
| SAMBA FOOD, LLC and ALLEN CHUNG, | § § § § | |
| Defendants. | § | |

## AGREED FINAL JUDGMENT

Before the Court is Plaintiffs/Counter-Defendants Mambo Marks, LLC's and Mambo Seafood #1, Inc.'s and Defendants/Counter-Plaintiffs Samba Food, LLC's and Allen Chung's Joint Motion for Agreed Final Judgment. All parties have announced to the Court they have entered into a written agreement for settlement of all matters in controversy. It is therefore:

ORDERED, ADJUDGED AND DECREED that Plaintiffs/Counter-Defendants Mambo Marks, LLC and Mambo Seafood #1, Inc. shall recover the total sum of Thirty-Six Thousand Dollars ($36,000) from Defendants/Counter-Plaintiffs Samba Food, LLC and Allen Chung, jointly and severally. It is further

ORDERED, ADJUDGED AND DECREED that Defendants/Counter-Plaintiffs take nothing by their counterclaims against Plaintiffs/Counter-Defendants Mambo Marks, LLC and Mambo Seafood #1, Inc. It is further

ORDERED, ADJUDGED AND DECREED that all parties shall bear their own attorney's fees and costs of court.

The Court denies all relief requested but not granted in this judgment.

This is a FINAL JUDGMENT.

SIGNED on November 15, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge